IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYANT FLOWERS,

    Plaintiff,                      No. CIV S-01-0564 DFL PAN P

    vs.

EDWARD ALAMEDA, et al.,

    Defendants.                FINDINGS & RECOMMENDATIONS

_____/

        By order filed December 18, 2003, plaintiff was ordered to show cause, within twenty days, why his action should not be dismissed.  The court previously found plaintiff's amended complaint failed to state a claim and gave plaintiff thirty days to file a second amended complaint.  (See August 6, 2002 Order.)  Plaintiff has not shown cause, filed a second amended complaint, or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: February 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001;flow0564.fsc